UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD HACKETT, ET Al.<br>Plaintiff,<br><br>v.<br><br>SHELL OIL, INC.<br>Defendant. | : | CIVIL ACTION NO.<br><br>CA 07 033S<br><br>JANUARY 25, 2007 |

**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendant, Shell Oil Company ("Shell"),[1] hereby files this Notice of Removal for the above-entitled action filed against Shell in the Kent County Superior Court of Rhode Island ("the State Court Action"). The State Court Action is removable because there is complete diversity of citizenship and the amount in controversy exceeds the minimal jurisdictional amount. As grounds for removal, Shell submits the following:

1. Shell first received a copy of the Summons and Complaint dated January 18, 2007, after the Corporation Service Company was served with a copy of the same on January 18, 2007. The docket number assigned to the State Court Action is C.A. No.: KC2007-0061. A copy of the Complaint in the State Court Action is attached hereto as Exhibit A and is incorporated herein by reference.

2. This Notice of Removal is being filed pursuant to 28 U.S.C. §1446(b) within thirty days from the date on which Shell first received a copy of the Summons and Complaint.

---

[1]The plaintiffs' complaint incorrectly refers to the defendant as "Shell Oil, Inc."

3. The United States District Court for the District of Rhode Island has diversity jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1), and removal is proper under 28 U.S.C. § 1441(b), because:

(a). There is complete diversity of citizenship:

(i) The plaintiffs, Gerald Hackett, Stephen Hackett, Edward J. Callery, and Shirley Callery, are citizens of the State of Rhode Island, and were citizens of the state of Rhode Island at the time the Complaint was filed;

(ii) Shell is, and was at the time the Complaint was filed, a corporation incorporated in Delaware, with a principal place of business in Texas. For purposes of diversity jurisdiction, Shell is a citizen of Delaware and Texas. Shell is not a citizen of Rhode Island.

(b). The nature of the claim set forth in the Complaint and the description of the equipment that is the subject of the plaintiffs' request for injunctive relief demonstrate that the amount in controversy in this case is greater than $75,000:

(i) The Complaint alleges that, at the time the parties entered into the lease agreement in 1961, "the plaintiffs and their predecessors were required under paragraph 4 of the lease agreement to obtain the property licenses and permits, and construct an automobile service station in accordance with Shell's specifications which included storage tanks, lines, and lifts. Improvements to the gas

storage tanks, gas lines, and lifts have been made over the years at Shell's expense which was its right under section 5 of the lease."

(ii) The Complaint also alleges that on or about "November 2006, Hackett was informed that Shell did not wish to extend the lease and that it would be removing all the items from the premises, including gas storage tanks, gas lines, canopy, etc., leaving the land as vacant."

(iii) The Complaint further alleges that "Shell has given Hackett the option of agreeing to buy the current items for approximately § 211,000.00 or face removal by January 19, 2007."

(iv) The Complaint also alleges that Shell's removal of these items "would cause irreparable harm to the plaintiffs, as they would be left with a vacant piece of land."

(v) Therefore, the party that prevails on the plaintiffs' claim for injunctive relief will be in possession of equipment worth well over $75,000.[2] See, e.g., Hunt v. Wash. Apple Adver. Comm'n, 432 U.S. 333, 347 (1977) (stating that "in actions seeking declaratory or injunctive relief it is well established that the amount in controversy is measured by the value of the object

[2] The test for determining whether diversity jurisdiction exists is the amount the plaintiffs have placed "in controversy" based on allegations in the Complaint. This is true whether or not the plaintiffs' claims have any merit. Consequently, Shell's removal of this action is not an admission of liability, and cannot be construed as an admission of liability or an acknowledgement of any merit to the plaintiffs' claim for injunctive relief.

of the litigation"); Richard C. Young & Co. v. Leventhal, 389 F.3d 1, 3 (1st Cir. 2004)(same).

4. Pursuant to 28 U.S.C. § 1446(d) and this District's Local Rule of Civil Procedure 81, a copy of this Notice of Removal has been served on counsel for the plaintiffs and will be filed with the Clerk in the State Court Action.

5. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders are attached hereto as Exhibit A, including a copy of the ten day, ex-parte temporary restraining order granted by the Superior Court on January 18, 2007.

6. By its terms, the temporary restraining order expires on January 28, 2007.

7. The plaintiffs also filed a motion for a preliminary injunction in the State Court Action. A hearing on that motion in the Superior Court is scheduled for January 29, 2007.

8. Counsel for Shell contacted plaintiff's counsel prior to the filing of this Notice of Removal, and the parties have agreed to maintain the existing status quo while they attempt to resolve this matter. Consequently, no action at this time is required by this Court on plaintiffs' pending motion for a preliminary injunction.

9. This Notice of Removal has been signed pursuant to Fed. R. Civ. P. 11.

WHEREFORE, Shell respectfully request that all persons take notice that the State Court Action, presently pending in the Kent County Superior Court of Rhode Island, has been removed to the United States District Court for the District of Rhode Island.

DEFENDANT,
SHELL OIL, INC.

By ______________________

Donna Lamontagne, Esq.
Federal Bar Number: RI 5138
Zizik, Powers, O'Connell, Spaulding &
Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Telephone: (401) 421-3681
Fax: (401) 421-7111
Email: dlamontagne@zizikpowers.com