UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD HACKETT, ET Al.<br>Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | CA 07 033S |
| SHELL OIL, INC.<br>Defendant. | : | JANUARY 25, 2007 |

**APPEARANCE**

Please enter my appearance, for the Defendant, Shell Oil, Inc., in the above-captioned matter.

Dated at Providence, Rhode Island, this 25th day of January, 2007.

DEFENDANT,
SHELL OIL, INC.

By ____________________

Donna Lamontagne, Esq.
Federal Bar Number: RI 5138
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Telephone: (401) 421-3681
Fax: (401) 421-7111
Email: dlamontagne@zizikpowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of January, 2007, to:

*Counsel for Plaintiffs*

Michael K. Glucksman, Esq.
109 Airport Rd.
Warwick, Rhode Island 02889

Donna Lamontagne