UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD HACKETT, ET Al.<br>Plaintiff, | : | CIVIL ACTION NO. |
| | : | CA 07 033 S |
| v. | : | |
| SHELL OIL, INC.<br>Defendant. | : | JANUARY 25, 2007 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6 and 81(c), the defendant, Shell Oil Company, hereby moves this Court for an extension of time to file a responsive pleading to the Complaint dated January 18, 2007 ("the Complaint"), whether by motion to dismiss, answer or otherwise, of twenty-one (21) days up to and including February 28, 2007. This is the Defendant's first request for an extension of time in which to respond to the Complaint. Counsel for Shell contacted Plaintiffs' counsel, who indicated that he has no objection to the requested extension of time. In addition, as explained in the Defendant's Notice of Removal, the parties have agreed to maintain the status quo while they attempt to resolve this matter, and therefore the Plaintiffs are not at this time pursuing a motion for preliminary injunction in this Court.

DEFENDANT,
SHELL OIL, INC.

By ____________________

Donna Lamontagne, Esq.
Federal Bar Number: RI 5138
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Telephone: (401) 421-3681
Fax: (401) 421-7111
Email: dlamontagne@zizikpowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of January, 2007, to:

*Counsel for Plaintiffs*

Michael K. Glucksman, Esq.
109 Airport Rd.
Warwick, Rhode Island 02889

Donna Lamontagne