UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD HACKETT, ET Al.<br>Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | CA 07 033S |
| SHELL OIL, INC.<br>Defendant. | : | JANUARY 25, 2007 |

**MOTION FOR ADMISSION PRO HAC VICE**
**OF ATTORNEY VAUGHAN FINN**

The defendant, Shell Oil Company ("Shell"),[1] hereby moves that Vaughan Finn be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

**DEFENDANT,**
**SHELL OIL, INC.**

By ______________________

Donna Lamontagne
RI Bar No. 5138
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Direct Dial (401) 421-3681
Fax 401-421-7111
Email: dlamontagne@zizikpowers.com

Dated: January 25, 2007

[1]The plaintiffs' complaint incorrectly refers to the defendant as "Shell Oil, Inc."

**ATTORNEY VAUGHAN FINN'S**
**CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

1. I am a member in good standing of the bars of the State of Connecticut and the District of Columbia and of the bars of the United States Court of Appeals for the Second Circuit, the United States District Court for the District of Connecticut, the United States Court of Appeals for the District of Columbia Circuit and United States District Court for the District of Columbia, and my eligibility to practice before those courts has not been restricted in any way.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following bankruptcy and/or adversary proceeding cases in this district: none.

3. I have never been convicted of any crime other than minor traffic offenses.

4. I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months.

5. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

6. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

7. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the

participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

By Vaughan Finn

Vaughan Finn
Conn. Juris No. 409201
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: 860-251-5505
Fax: 860-251-5219
Email: vfinn@goodwin.com

Dated: January 24, 2007

I hereby certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it related to the participation and responsibilities of local associate counsel.

By Donna Lamontagne

Donna Lamontagne
RI Bar No. 5138
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Direct Dial (401) 421-3681
Fax 401-421-7111
Email: dlamontagne@zizikpowers.com

Dated: January 25, 2007

ORDER: This motion is hereby ________________________.

______________________________
United States District Judge

Date: ________________________

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of January, 2007, to:

*Counsel for Plaintiffs*

Michael K. Glucksman, Esq.
109 Airport Rd.
Warwick, Rhode Island 02889

Donna Lamontagne

460154 v.01 S1