UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD HACKETT, ET Al.<br>Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | |
| | : | |
| SHELL OIL, INC.<br>Defendant. | : | JANUARY 25, 2007 |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Shell Oil Company[1] hereby submits this corporate disclosure statement:

1. Shell Oil Company is a Delaware corporation and a wholly owned subsidiary of Shell Petroleum, Inc.

2. Shell Petroleum, Inc. is a Delaware corporation, the shares of which are owned directly or indirectly by Shell Petroleum N.V.

3. Shell Petroleum N.V. was founded under the laws of The Netherlands. The shares of Shell Petroleum N.V. are owned 100% by Royal Dutch Shell plc, a publicly traded

---

[1] The plaintiffs' complaint incorrectly refers to the defendant as "Shell Oil, Inc."

company. Royal Dutch Shell plc is the ultimate parent company of the companies which comprise the Shell Group.

DEFENDANT,
SHELL OIL, INC.

By [signature]
Donna Lamontagne, Esq.
Federal Bar Number: RI 5138
Zizik, Powers, O'Connell, Spaulding &
Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Telephone: (401) 421-3681
Fax: (401) 421-7111
Email: dlamontagne@zizikpowers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of January, 2007, to:

*Counsel for Plaintiffs*

Michael K. Glucksman, Esq.
109 Airport Rd.
Warwick, Rhode Island 02889

Donna Lamontagne