UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GERALD HACKETT, ET Al. Plaintiff, | : | CIVIL ACTION NO. 07-033S |
| v. | : | |
| SHELL OIL, INC. Defendant. | : | FEBRUARY 23, 2007 |

**MOTION, *ON CONSENT*, FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6 and 81(c), the defendant, Shell Oil Company, hereby moves this Court for an extension of time of sixty (60) days, up to and including April 29, 2007, in which to file a responsive pleading to the Complaint dated January 18, 2007 ("the Complaint"), whether by motion to dismiss, answer or otherwise.

This is the Defendant's second request for an extension of time in which to respond to the Complaint. Counsel for Shell has communicated with Plaintiffs' counsel, who indicated that he has no objection to the requested extension of time.

As explained in the Defendant's Notice of Removal filed in this matter, the parties previously agreed to maintain the status quo while they attempt to resolve this matter. The parties are now proceeding with a business transaction that is anticipated to resolve the matter amicably without further litigation of this action, but require additional time for that transaction to be completed, and therefore request that the upcoming deadline for responding to the complaint be extended by sixty days.

DEFENDANT,
SHELL OIL, INC.

/s/ Donna M. Lamontagne
Donna Lamontagne, Esq.
Federal Bar Number: RI 5138
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Telephone: (401) 421-3681
Fax: (401) 421-7111
Email: dlamontagne@zizikpowers.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 23rd day of February, 2007, to:

*Counsel for Plaintiffs*

Michael K. Glucksman, Esq.
109 Airport Rd.
Warwick, Rhode Island 02889

/s/ Donna M. Lamontagne
Donna M. Lamontagne

463103 v.01 S1