**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| GERALD HACKETT, ET AL.<br>Plaintiffs, | : | CIVIL ACTION NO. 07 033 S |
| | : | |
| v. | : | |
| | : | |
| SHELL OIL, INC.<br>Defendant. | : | MAY 21, 2007 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action be dismissed, with prejudice. Each party agrees to bear its own attorney fees and costs incurred with respect to this action.

**PLAINTIFFS,**
**GERALD HACKETT, ET AL.**

/s/ Michael K. Glucksman

Michael K. Glucksman, Esq.
109 Airport Rd.
Warwick, Rhode Island 02889
Telephone: (401) 738-4477
Fax: (401) 739-1012
www.glucksmanlaw.com

**DEFENDANT,**
**SHELL OIL, INC.**

/s/ Donna Lamontagne

Donna Lamontagne, Esq.
Federal Bar Number: RI 5138
Zizik, Powers, O'Connell, Spaulding & Lamontagne
40 Westminster Street, Suite 201
Providence, RI 02903
Telephone: (401) 421-3681
Fax: (401) 421-7111
Email: dlamontagne@zizikpowers.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2007.

/s/ Donna Lamontagne

Donna Lamontagne

470155 v.01 S1